No. 17,815.

RICHARD EDWARD LUNDBORG *v.* PEOPLE OF THE
STATE OF COLORADO.
(299. P. [2d] 117)

Decided July 2, 1956.

Mr. FRANCIS P. O'NEILL, for plaintiff in error.

Mr. DUKE W. DUNBAR, Attorney General, Mr. FRANK
E. HICKEY, Deputy, Mr. NORMAN H. COMSTOCK, Assistant, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.